UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Stephen J. Walsh,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Caliber Home Loans, Inc. et al,<br><br>　　　　Defendant. | *<br>*<br>*<br>*<br>*   Civil Action No. 16-CV-11580-GAO<br>*<br>*<br>*<br>* |

ORDER OF DISMISSAL

August 10, 2016

O'Toole, D.J.

Pursuant to the Plaintiff's Notice of Voluntary Dismissal [9] filed on August 9, 2016, this case is hereby dismissed and CLOSED.

IT IS SO ORDERED.

/s/ George A. O'Toole, Jr.

United States District Judge